United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER SHULL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 2:22-CV-00220** |
| | § | |
| **CECILE YOUNG and** | § | |
| **SCOTT SCHALCHLIN,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed by the Court on this date, the Court finds that Plaintiff shall take nothing by his claims against Defendants, and Plaintiff's claims are **DISMISSED WITH PREJUDICE.**  All relief requested by Plaintiff is denied.  All allowable and reasonable costs of court are taxed against Plaintiff.  All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT.**

Signed on December 19, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**